

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00092-CR

Gustavo Nicholas **FLORES-MANCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7678
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice

Delivered and Filed:  April 15, 2015

DISMISSED

Pursuant to a plea bargain agreement with the State, appellant Gustavo Nicholas Flores-Mancha pleaded guilty to the offense of sexual assault.  The trial court imposed sentence in accordance with the plea agreement and signed a certificate stating that this "is a plea-bargain case, and the defendant has NO right of appeal."  *See* TEX. R. APP. P. 25.2(a)(2).  Appellant timely filed a notice of appeal.  The clerk's record, which includes the plea bargain agreement and the trial court's Rule 25.2(a)(2) certification, has been filed.  *See* TEX. R. APP. P. 25.2(d).  This court must

dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id.*

On February 24, 2015, this court gave appellant notice that the appeal would be dismissed unless an amended trial court certification showing he has the right to appeal was made part of the appellate record by March 26, 2015. *See* TEX. R. APP. P. 25.2(d), 37.1; *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), *disp. on merits*, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication). No amended certification has been filed. We therefore dismiss this appeal. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

Do Not Publish